| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT INITIAL FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Patti, Anthony P. | 2. Court or Organization U.S. District Court for the Eastern District of Michigan | 3. Date of Report 05/25/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Full-Time Magistrate Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☑ Initial  ☐ Annual  Date ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 05/31/2015 |

7. Chambers or Office Address

Theodore Levin U.S. Courthouse
231 West Lafayette BLVD
Romm 629
Detroit, Michigan 48226

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Parish Life Services Foundation |
| 2. Director | Washtenaw County Bar Association |
| 3. Co-Trustee and Co-Beneficiary | ▨ Trust |
| 4. Power of Attorney | ▨ IRA |
| 5. Power of Attorney | ▨ #1 Imvestment Account |
| 6. Power of Attorney | ▨ #2 Investment Account |
| 7. Custodian | ▨ #3 Investment Account |
| 8. Custodian | ▨ #4 Imvestment Account |
| 9. Custodian | ▨ #5 Investment Account |
| 10. Custodian | ▨ #6 Investment Account |
| 11. Custodian | ▨ #7 Investment Account |
| 12. | |
| 13. | |
| 14. | |
| 15. | |
| 16. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 05/25/2015 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/2015 | Hooper Hathaway, P.C. Memorandum of Redemption, tendering all shares, waiving salary continuation and agreeing to payment of outstanding receivables |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 05/25/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Hooper Hathaway, P.C., receivables | $29,641.37 |
| 2. 2014 | Hooper Hathaway, P.C., wages | $146,148.05 |
| 3. 2014 | Thomas M. Cooley Law School, wages | $1,925.00 |
| 4. 2013 | Hooper Hathaway, P.C., wages | $136,429.67 |
| 5. 2013 | Thomas M. Cooley Law School, wages | $3,900.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Patti, Anthony P.** | 05/25/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Peter K. Tiernan, M.D. | Scotch, tumblers and decanter (investiture gift from former, out-of-state client) | $629.96 |
| 2. | James McKeone | Rum and pen (investiture gifts from out-of-state friend) | $462.93 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 05/25/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Raymond James Account (H) | | | | | Exempt | | | | |
| 2. - Raymond James Bank Deposit Progarm | A | Interest | J | T | | | | | |
| 3. - GE | A | Dividend | J | T | | | | | |
| 4. - Alliance Bernstein Growth & Income Fund (CBBYX) | A | Dividend | J | T | | | | | |
| 5. - American Century International Bond Fund (BEGBX) | A | Dividend | J | T | | | | | |
| 6. - American High Income Trust Fund (AHTFX) | A | Dividend | J | T | | | | | |
| 7. - PIMCO Dynamics Cr Income Fd (PCI) | A | Dividend | K | T | | | | | |
| 8. - T. Rowe Price International Bond FD (PAIBX) | A | Dividend | J | T | | | | | |
| 9. - Puerto Rico Comwlth Pub Impt Bond 7/1/2022 | B | Interest | K | T | | | | | |
| 10. - ING GROEP N.V. PERP Debt Secs Cumlative 7.05% | A | Interest | J | T | | | | | |
| 11. Northwestern Mutual Adjustable CompLife | A | Dividend | J | T | | | | | |
| 12. Northwestern Mutual Extra Ordinary Life | A | Dividend | J | T | | | | | |
| 13. Hooper Hathaway Retire Plan (H) | | | | | | | | | |
| 14. - Merril Lynch Cash account | A | Interest | | | | | | | |
| 15. - BIF Money Fund | A | Interest | | | | | | | |
| 16. - Abbott Labs | A | Dividend | | | | | | | |
| 17. - Abbvie Inc Shs | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 05/25/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - AFLAC Inc | A | Dividend | | | | | | | |
| 19.   - AMN Elec Power Co | A | Dividend | | | | | | | |
| 20.   - AT&T | A | Dividend | | | | | | | |
| 21.   - ADP | A | Dividend | | | | | | | |
| 22.   - Blackrock Inc. (BLK) | A | Dividend | | | | | | | |
| 23.   - Cisco Systems | A | Dividend | | | | | | | |
| 24.   - Golgate Palmolive | A | Dividend | | | | | | | |
| 25.   - ConocoPhillips | A | Dividend | | | | | | | |
| 26.   - Ecolab Inc | A | Dividend | | | | | | | |
| 27.   - Emerson Elec Co | A | Dividend | | | | | | | |
| 28.   - Exxon Mobil Corp | A | Dividend | | | | | | | |
| 29.   - Genl Dynamics Corp | A | Dividend | | | | | | | |
| 30.   - Halyard Health Inc | A | Dividend | | | | | | | |
| 31.   - Intel | A | Dividend | | | | | | | |
| 32.   - IBM | A | Dividend | | | | | | | |
| 33.   - J&J | A | Dividend | | | | | | | |
| 34.   - Kimberly Clark | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 05/25/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - McDonalds | A | Dividend | | | | | | | |
| 36.   - Nextera Energy | A | Dividend | | | | | | | |
| 37.   - Norfolk Southern | A | Dividend | | | | | | | |
| 38.   - Paychex Inc | A | Dividend | | | | | | | |
| 39.   - Pepsico | A | Dividend | | | | | | | |
| 40.   - Pinnacle West Cap | A | Dividend | | | | | | | |
| 41.   - PPL | A | Dividend | | | | | | | |
| 42.   - Price T. Rowe Group Inc | A | Dividend | | | | | | | |
| 43.   - Proctor & Gamble | A | Dividend | | | | | | | |
| 44.   - Sonoco | A | Dividend | | | | | | | |
| 45.   - Suncor Energy | A | Dividend | | | | | | | |
| 46.   - Travelers Cos Inc | A | Dividend | | | | | | | |
| 47.   - United Techs Corp | A | Dividend | | | | | | | |
| 48.   - VF Corp | A | Dividend | | | | | | | |
| 49.   - Verizon | A | Dividend | | | | | | | |
| 50.   - Walmart | A | Dividend | | | | | | | |
| 51.   - Chubb Corp | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 05/25/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Northeast Utilities | | None | | | | | | | |
| 53.  IRA (H) | | | | | | | | | |
| 54.  - Merrill Lynch Cash/Money Account | A | Dividend | | | | | | | |
| 55.  - Blackrock Global Allocation Fd ((MALOX) | B | Dividend | M | T | | | | | |
| 56.  - iShares MSCI Emerging Mkts (EEM) | B | Dividend | M | T | | | | | |
| 57.  - iShares TIPS Bond Fd (TIP) | A | Dividend | L | T | | | | | |
| 58.  - Powershares Inter DVD (PDI) | B | Dividend | M | T | | | | | |
| 59.  - Vanguard Small Cap (VB) | B | Dividend | L | T | | | | | |
| 60.  - Vanguard Mid-Cap ETF (VO) | B | Dividend | M | T | | | | | |
| 61.  - Vanguard Div Appreciation ETF (VIG) | C | Dividend | M | T | | | | | |
| 62.  - Vanguard Total Bn MKT (BND) | C | Dividend | M | T | | | | | |
| 63.  - Franklin Total Retun | | None | | | | | | | |
| 64.  - JP Morgan Government | | None | | | | | | | |
| 65.  - PIMCO Total Return Fund | | None | | | | | | | |
| 66.  Merrill Lynch #1 (H) | | | | | | | | | |
| 67.  -Merrill Lynch Bank Deposit Program | A | Interest | | | | | | | |
| 68.  - Blackrock Global Allocation Fd ((MALOX) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 05/25/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - iShares MSCI Emerging Mkts (EEM) | A | Dividend | | | | | | | |
| 70. - iShares TIPS Bond Fd (TIP) | A | Dividend | | | | | | | |
| 71. - Powershares Inter DVD (PDI) | A | Dividend | | | | | | | |
| 72. - Vanguard Small Cap (VB | A | Dividend | | | | | | | |
| 73. - Vanguard Mid-Cap ETF (VO) | A | Dividend | | | | | | | |
| 74. - Vanguard Div Appreciation ETF (VIG | A | Dividend | | | | | | | |
| 75. - Vanguard Total Bn MKT (BND) | A | Dividend | | | | | | | |
| 76. - Msft | A | Dividend | | | | | | | |
| 77. Merrill Lynch #2 (H) | | | | | | | | | |
| 78. -Merrill Lynch Bank Deposit Program | A | Interest | J | T | | | | | |
| 79. - Blackrock Global Allocation Fd ((MALOX) | A | Dividend | J | T | | | | | |
| 80. - iShares MSCI Emerging Mkts (EEM) | A | Dividend | J | T | | | | | |
| 81. - iShares TIPS Bond Fd (TIP) | A | Dividend | J | T | | | | | |
| 82. - Powershares Inter DVD (PDI) | A | Dividend | J | T | | | | | |
| 83. - Powershares Inter DVD (PDI) | A | Dividend | J | T | | | | | |
| 84. - Vanguard Small Cap (VB) | A | Dividend | J | T | | | | | |
| 85. - Vanguard Mid-Cap ETF (VO) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 05/25/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Vanguard Div Appreciation ETF (VIG) | A | Dividend | J | T | | | | | |
| 87. - Vanguard Total Bn MKT (BND) | A | Dividend | J | T | | | | | |
| 88. - Msft | A | Dividend | | | | | | | |
| 89. Merrill Lynch #3 (H) | | | | | | | | | |
| 90. -Merrill Lynch Bank Deposit Program | A | Dividend | J | T | | | | | |
| 91. - Blackrock Global Allocation Fd ((MALOX) | A | Dividend | J | T | | | | | |
| 92. - iShares MSCI Emerging Mkts (EEM) | A | Dividend | J | T | | | | | |
| 93. - iShares TIPS Bond Fd (TIP) | A | Dividend | J | T | | | | | |
| 94. - Powershares Inter DVD (PDI) | A | Dividend | J | T | | | | | |
| 95. - Vanguard Small Cap (VB) | A | Dividend | J | T | | | | | |
| 96. - Vanguard Mid-Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 97. - Vanguard Div Appreciation ETF (VIG) | A | Dividend | J | T | | | | | |
| 98. - Vanguard Total Bn MKT (BND) | A | Dividend | J | T | | | | | |
| 99. - Msft | | | | | | | | | |
| 100. Merrill Lynch #4 (H) | | | | | | | | | |
| 101. -Merrill Lynch Bank Deposit Program | A | Interest | J | T | | | | | |
| 102. - Blackrock Global Allocation Fd ((MALOX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 05/25/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - iShares MSCI Emerging Mkts (EEM) | A | Dividend | J | T | | | | | |
| 104. - iShares TIPS Bond Fd (TIP) | A | Dividend | J | T | | | | | |
| 105. - Powershares Inter DVD (PDI) | A | Dividend | J | T | | | | | |
| 106. - Vanguard Small Cap (VB | A | Dividend | J | T | | | | | |
| 107. - Vanguard Mid-Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 108. - Vanguard Div Appreciation ETF (VIG) | A | Dividend | J | T | | | | | |
| 109. - Vanguard Total Bn MKT (BND) | A | Dividend | J | T | | | | | |
| 110. - Msft | A | Dividend | | | | | | | |
| 111. Merrill Lynch #5 (H) | | | | | | | | | |
| 112. -Merrill Lynch Bank Deposit Program | A | Interest | J | T | | | | | |
| 113. - Blackrock Global Allocation Fd ((MALOX) | A | Dividend | J | T | | | | | |
| 114. - iShares MSCI Emerging Mkts (EEM) | A | Dividend | J | T | | | | | |
| 115. - iShares TIPS Bond Fd (TIP) | A | Dividend | J | T | | | | | |
| 116. - Powershares Inter DVD (PDI) | A | Dividend | J | T | | | | | |
| 117. - Vanguard Small Cap (VB) | A | Dividend | J | T | | | | | |
| 118. - Vanguard Mid-Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 119. - Vanguard Div Appreciation ETF (VIG) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 05/25/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Vanguard Total Bn MKT (BND) | A | Dividend | J | T | | | | | |
| 121. -Ford | A | Dividend | | | | | | | |
| 122. Merrill Lynch #6 (H) | | | | | | | | | |
| 123. -Merrill Lynch Bank Deposit Program | A | Interest | J | T | | | | | |
| 124. - Blackrock Global Allocation Fd ((MALOX) | A | Dividend | J | T | | | | | |
| 125. - iShares MSCI Emerging Mkts (EEM) | A | Dividend | J | T | | | | | |
| 126. - Powershares Inter DVD (PDI) | A | Dividend | J | T | | | | | |
| 127. - Vanguard Small Cap (VB | A | Dividend | J | T | | | | | |
| 128. - Vanguard Mid-Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 129. - Vanguard Div Appreciation ETF (VIG) | A | Dividend | J | T | | | | | |
| 130. - Vanguard Total Bn MKT (BND) | A | Dividend | J | T | | | | | |
| 131. - Ford | A | Dividend | | | | | | | |
| 132. Merrill Lynch #7 (H) | | | | | | | | | |
| 133. -Merrill Lynch Bank Deposit Program | A | Interest | J | T | | | | | |
| 134. - Blackrock Global Allocation Fd ((MALOX) | A | Dividend | J | T | | | | | |
| 135. - iShares MSCI Emerging Mkts (EEM) | A | Dividend | J | T | | | | | |
| 136. - iShares TIPS Bond Fd (TIP) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 05/25/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Powershares Inter DVD (PDI) | A | Dividend | J | T | | | | | |
| 138. - Vanguard Small Cap (VB | A | Dividend | J | T | | | | | |
| 139. - Vanguard Mid-Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 140. - Vanguard Div Appreciation ETF (VIG) | A | Dividend | J | T | | | | | |
| 141. - Vanguard Total Bn MKT (BND) | A | Dividend | J | T | | | | | |
| 142. - Valley Bank of New Jersey | A | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 05/25/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Anthony P. Patti**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544